BROWNSTEIN THOMAS, LLP
Mark C. Thomas SBN: 215580
mark@browsteinthomas.com
353 Sacramento Street, Suite 1140
San Francisco CA  94111
Telephone:  (415) 986-1338
Facsimile:   (415) 986-1231

LAW OFFICE OF STEPHEN J. GOROG
Stephen J. Gorog (SBN: 207788)
sgorog@sjglawoffice.com
353 Sacramento Street, Suite 1140
San Francisco, CA 94104
415-986-1338
415-986-1231 facsimile

Attorneys for Plaintiff Leo Thibodeau

 Daniel L. McCrary (SBN 227369)
LAW OFFICES OF BEVERLY E. NARAYAN
525 Market Street, Suite 2850
San Francisco, CA 94105
Telephone: (415) 227-2323
Facsimile: (415) 227-2360
daniel.mccrary@zurichna.com

Attorneys for Defendant, HOLIDAY INN EXPRESS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEO THIBODEAU,<br><br>            Plaintiff,<br><br>      vs.<br><br>HOLIDAY INN EXPRESS,<br><br>            Defendant. | Case No.: 14-cv-4195 JCS<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>**Judge: Honorable Joseph C. Spero**<br>**Courtroom: F, 15th Floor** |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

   Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed by and between Plaintiff Leo Thibodeau and Defendant Holiday Inn Express that the parties do hereby consent to an Order dismissing this case with prejudice, each party to bear his or its own attorneys fees and costs.

Dated:  March 24, 2015        BROWNSTEIN THOMAS, LLP


            */S/ Mark C. Thomas _____* 
            Mark C. Thomas
            Attorney for Plaintiff Leo Thibodeau


            LAW OFFICES OF BEVERLY E. NARAYAN


            */S/ Daniel L. McCrary* 
            Daniel L. MCrary
            Attorney for Defendant Holiday Inn Express



IT IS SO ORDERED

Judge Joseph C. Spero

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Dated: 3/26/15